# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 19, 2022

Lyle W. Cayce
Clerk

No. 21-30728

Raoul A. Galan, Jr.,

*Plaintiff—Appellant*,

*versus*

Stephen Michael Petit, Jr.,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:20-CV-2235

Before Jolly, Willett, and Engelhardt, *Circuit Judges*.
Per Curiam:*

The district court dismissed the pro se plaintiff's case in a thorough and well-reasoned opinion. Unsatisfied with the district court's ruling, the plaintiff appeals. However, because his homemade brief on appeal begins and ends with a mishmash of plagiarized history and legalese that is so unintelligible as to be utterly frivolous, any issues he attempts to raise on

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-30728

appeal are abandoned, and the district court is accordingly AFFIRMED. *See* FED. R. APP. P. 28; *Cinel v. Connick*, 15 F.3d 1338, 1345 (5th Cir. 1994) ("A party who inadequately briefs an issue is considered to have abandoned the claim.").